**No. 47239.**—Protests 47469–K, etc., of Biddle Purchasing Co. et al. (New York).

,Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47240.**—Protests 31426–K, etc., of Austin Nichols & Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47241.**—Protests 68805–K/90523, etc., of American Express Co. et al. (Chicago, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47242.**—Protests 792963–G, etc., of T. Akiyama et al. (Bridgeport, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47243.**—Protests 846289–G, etc., of A. Bentkamp et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47244.**—Protests 850014–G of Harry Bierschenk Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.